THOMAS O'LEARY, as Administrator of the Estate of CORNELIUS O'LEARY, Deceased, Respondent, *v.* NEW YORK CITY RAILWAY COMPANY, Appellant.

*O'Leary* v. *New York City Ry. Co.*, 124 App Div. 920, affirmed.
(Argued April 6, 1909; decided April 27, 1909 )

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Bayard H. Ames, Vine H. Smith* and *James L. Quackenbush* for appellant.

*Roger B. Wood, George Gordon Battle* and *Dudley Field Malone* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.